UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FREDDY SALAS, :
:
Plaintiff, :
: 22-CV-422 (JMF)
-v- :
: ORDER
TRACY KING et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    After the parties missed their first deadline to submit the Joint Pretrial Order, this Court's November 10, 2022 Order extended, *nunc pro tunc*, the deadline until November 30, 2022. That date has come and gone, and the parties have **still** not submitted the Joint Pretrial Order. The parties shall either file their Joint Pretrial Order and related materials by **December 5, 2022** (with an explanation for why they have now missed two deadlines) or show cause by that date why the case should not be dismissed for failure to prosecute. **Absent a submission by that date, the case will be dismissed without further notice to the parties.**

    SO ORDERED.

Dated: December 1, 2022
       New York, New York
                                                          JESSE M. FURMAN
                                                    United States District Judge